IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN A. DAYTON                                                                                    PLAINTIFF

V.                                       NO.  3:06cv00113 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 26th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE